Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Charles Francis Colletti | Case No.: 17–31243 DM 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order For Payment Of Fees In Installments , filed on December 14, 2017 . Therefore, it is ordered that this case be **dismissed**.

Dated: 1/17/18

By the Court:

Dennis Montali
United States Bankruptcy Judge